FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE

# United States District Court

FOR THE NORTHERN DISTRICT OF FLORIDA

Jessie James Whigham,

NO. 5:07cv159/RS/MD

*(Enter above the full name of the plaintiff or plaintiffs in this action.)*

V.  COMPLAINT

DR. Ron Lippmann D.O Individually

And As Head Physician At The Bay County

Jail And Annex, Mr. Richard Thore

Individually And As Assistant Warden, Joseph Ponte Individually
*(Enter above the full name of the defendant or defendants in this action.)*  And As Warden CCA Bay County Jail

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes (  )   No ( ✓ )

B. If your answer to A is yes, describe the action in the spaces below. (If there is more than one action, describe the additional actions on the reverse side of this page.)

1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

C. 1. Did you present the facts relating to your complaint in the state prison grievance procedure?

   Yes (✓)   No ( )

2. If your answer is yes, what was the result? The JAIL AND The ANNEX WILL not ReTuRNeD ANY OF The gRievance That goT ANYthing to do with This ACCideNT AT The ORdeR OF The WARDeN

3. If your answer is no, explain: _____

## PARTIES

(In item I below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

I. Name of plaintiff JessIe JAmes WhighAm

   Address 5600 NeHI RD. PANAMA CITY, FL. 32404

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant DR. RoN LiPPMANN D.O, INDIVIDUALLy AND AS is employed as HeAD PhysICIAN at BAy CouNTy JAIL AND ANNex
DeFend: MR. RIChARD ThoRe, INDIVIDUALLy AND AS is employed AS ASSISTANT WARDeN AT The BAy CouNTy JAIL AND ANNex, DeFendANT: JoSe Ph PoNTe INDIVIDUALLy AND AS is employeD A

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

_____
_____
_____
_____
_____

ON MARCH 5, 2007 The PLAINTIFF Jessie WHIGHAM VIOLATED HIS PROBATION WHERE he WAS ARRESTED AND PLACE IN The BAY COUNTY JAIL ON The FOURTH FLOOR AND JESSIE WAS MOVE TO THE FIFTH FLOOR ON 3-6-07 Wh WHERE MR. C. MILES SAID ThAT TENNIS Shoes IS NOT ALLOW So MR. C. MI- MILES TOOK JESSIE TENNIS Shoes AND REPLACE Them WITH A PAIR OF RIP ShowerSLIDE. The RIGHT ShowerSLIDE WAS RIP UP The SIDE. MR.C. MILES SAIDE ThAT WAS The ONLY PAIR OF FOURTTEEN ThAT he hAd TO FIT Whigham. 3-18-07 The PLAINTIFF SAW MR. Flower IN The ANNEX LAUNDRY WHERE Whigham ASK MR. FLOWER FOR A GOOD PAIR OF ShowerSLIDE MR. FLOWER ASK JESSIE Whigham WhAT SIZe does He WEAR. FLOWER TOLD The PLAINTIFF ThAT he DON'T hAVe A FOURTEEN ThAT WhIGhAM Would hAVe TO ORDER A PAIR FROM Commissary. ON 4-24-07 The PLAINTIFF ENTER The ShoweR ABOUT 4:00 OR 4:30 AT The CCA ANNEX TO PREPARE HIS ShoweR WA- TER. The PLAINTIFF FORGOT HIS WAShCLOTh So AS WhighAM ATTEMPED TO LER- Ve The ShoweR STEPPING OVER The SPEED BUMP "RIGHT INTO The MILDEW AN The MISSING TILE, WHERE The PLAINTIFF RIGHT ShoweR SLIDE WENT RIG- HT INTO The MILDEW AND The MISSING TILE CAUSING The PLAINTIFF TO SLIP RIGHT AND FALL ThereFore CAThing MY SELF WITH MY LEFT ANKLE Which Which TWISTED MY LEFT ANKLE. The PLAINTIFF WENT BACK TO his BUNK AN INMATE WILLIAM SMITH WAS SETTING There WANTED TO PLAY Some MORe TONK. So The PLAINTIFF SIT DOWN AND PLAY Some MORE TONK. UNTIL IT WAS ABOUT Five CLOCK Feeding TIME. ABOUT FOUR CLOCK I TOLD INMATE WILLIAM SMITH ThAT I WAS GOING TO LAY DOWN UNTIL FeeDING TIME, So The PLAINTIFF TOOK HIS ShoweR SLIDE OFF AND LAIDE DOWN. ThAT WHEN The PLAINTIFF ST- ARTED FeeLing The PAIN GOING THREW HIS LEFT ANKLE hurting TO The Point ThAT The PLAINTIFF COULD NOT ATTENDE Five CLOCK FEEDING. So The PLAINTIFF HAD TWISTED his Ankle COMING OUT OF The Shower. Whigham INFORM CO HERNANDEZ. Let INMATE WILLIAM SMITH BRING The PLAINTIFF TRAY. AN C.O HERNANDEZ Then CALL NURSE EVE TELLING heR ThAT The PLAINTI- FF Need TO See heR. So The PLAINTIFF HAD TO LAY THERE IN PAIN UNTIL ABOUT 9:30. BeFoRe NURSe EVe Show UP. ON 4-24-07 The Right ShowerSLIDE GAVE OUT OR WAY CAUSING The PLAINTIFF TO TWIST his ANKLE TO The POINT ThAT he COULD NOT WALK. NURSE EVE CALL WhighAM OUT OF "C DORM" ABOUT 9:30. CO HERNANDEZ help PLAINTIFF OUT INTO The HALL WAY LETTING The PLAINTIFF GO WHERE he FELL TO The FLOOR WHERE AS WhighAM TOLD The NURSe He COULD NOT WALK. The NURSe Then HAD TO PLACE The PLAINTIFF ON CRUTCHES. ON 4-25-07 The PLAINTIFF ASK The URSe hAS his MEDICATION CAME IN The NURSE SAIDe IT BEEN

IN ALL THE TIME. IT WAS I.B. PROFAN FOR THE PAIN NOTHING FOR THE SWELLING. "ON 4-26-07 CORRECTION OFFICER "HARRTON TOLD THE PLAINTIFF THAT IF THE INMATE IN A WHEEL CHAIR CAN COME TO THE FRONT DOOR I CAN AT LEAST WALK TO THE FRONT DOOR ON 4-27-07 C.O HARRTON TOLD THE PLAINTIFF THAT HE HAD TO WALK ALL THE WAY ROUND TO GET HIS TRAY AND C.O HARRTON SIM TO BE RACIES BECAUSE HARRTON DENIED THE PLAINTIFF BREAKFAST BECAUSE THE PLAINTIFF COULD NOT CARRY THE TRAY AND TWO CRUTCHES. ON-4-28-07 THE NURSE BEARD FINALLY CALL JESSIE TO THE DOCTOR OFFICE TO REWRAP THE BANDIT AND THINK ABOUT LETTING THE DOCTOR SEE THE PAPER WORK TO SEE IF HE WANTED TO EXRAY THE PLAINTIFF ANKLE. ON 5-02-07 WHIGHAM FINALLY GOT THE EXRAY DONE WHIGHAM STEEL HAVE NOT SAW THE DOCTOR YET THE PLAINTIFF CAN NOT SET UP DO TO THE SWELLING OCCURE JUST THAT FAST. ON 5-06-07 INMATE C.J FROM NEW ORLEAN WAS WREATLING ANOTHER INMATE IN C DORM AND BROKE HIS ARM. INMATE C.J TOLD CAPTAIN BROWN THAT HE BROKE HIS ARM CLIMBING IN AND OUT OF BED. THE INMATE WAS RUSH STRIGHT TO BAY MEDICAL THE SAME NIGHT. ON 5-20-07 NURSE EVE TOLD THE PLAINTIFF THAT THE SWELLING IS CAUSE FROM A DISLOCATED BONE IN MY LEFT LEG AND NURSE KING SAIDE THE SAME THING. ON 5-21-07 FINALLY GOT TO SEE THE DOCTOR ALL HE WANTED TO ORDER MORE EXRAY THIS TIME ON MY FOOT HE SAW THE SWELLING IN MY FOOT AND SAIDE THAT COME FROM STANDING UP THAT PLAINTIFF NEED TO ELEVATE HIS LEG MORE AND SENT THE PLAINTIFF BACK TO THE DORM. THE ASSISTANT WARDEN MR. R. THORE CAME TO MEDICAL AND FINALLY ASK THE PLAINTIFF WHAT SIZE SHOWER SLIDE DOES HE WEAR I TOLD HIM A FOURTTEEN I TOLD THE WARDEN THAT I HAD ASK MR. FLOWER FOR A PAIR AND WHAT MR. FLOWER SAID. AND THE WARDEN TOLD THE PLAINTIFF ON 5-02-07 THAT HE HAD CONTROL ALL THE MONEY. IF THE WARDEN WOULD HAVE GAVE THESE DEFENDANTS MONEY POWER THEY MIGHT HAVE BEEN ABLE TO AVOID THIS PROBLEM. ON 5-30-07 THE PLAINTIFF SIGN UP FOR SICK CALL FOR THE SWELLING IN HIS LEF LEG AND FOOT AND WAS DENIED THE PLAINTIFF STEEL HAVE NOT SEND OR SAW DR. SMITH OR DR. LIPPMANN. ON 5-31-5-31-07 THE PLAINTIFF SIGN UP FOR SICK CALL AND WAS DENIED AGAIN THIS IS MEDICAL NEGLECT OR BETTER YET DISCRIMINATION AGAINST THE PLAINTIFF. ON 6-1-07 THE PLAINTIFF WENT OR ATTENDENT THE SIX PM TO SIX AM MED PASS ABOUT NINE CLOCK MS. BEARD OR SHOULD I SAY NURSE BEARD TOLD THE PLAINTIFF HE NEE-

D TO STOP FiLeing so MANY gRieVAnce PeRTAing TO his Accident heRe AT The ANNex BecAuse They done did ALL They CAN do FOR The PLAINTiFF which IS nOThing. ON 6-17-07 Mis. HARRTON denieD The PLAINTiFF BReAKFAST AgAin. DR. LiPPMANN AnD His MediCAL STAFF WhighAM Any mediCAL TReATment. ON-6-22-07 PLAINTiFF WAS Denied FooD AgAin By CO AMOS while The PLAINTIFF is ON CRUCThes ABOUT 4:30. ON 6-22-07 The. The wARden wANTED DO AnyThing To hel-p The PLAINTiFF with The PROBLem The PLAINTiFF INFACT Joseph PonTe AND DR. LiPPMAMN sAy TheRE IS nothing else They CAN DO FOR The PLAINTiFF

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

(1). PLAINTIFF DEMANDED A JURY TRIAL.

(2). PLAINTIFF DEMANDED, 1,000,000 DOLLAR IN DAMAGES.

(3). PLAINTIFF DEMANDED COURT COST AND MEDICAL BILL.

(4). PLAINTIFF ASK THAT ALL DEFENDANTS BE SERVICE ACCORDING TO LAW.

(5). PLAINTIFF ASK FOR ATTORNEY FEEES IF HE OR SHE HAVE TO BE HIRED.

Signed this ___June___ day of ___25, 2007___.

_Jesse James Whigham_

_____

_(Signature of plaintiff or plaintiffs)_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 25, 2007___
(date)

_Jessie Whigham_
(Signature of Movant)