IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JESSIE JAMES WHIGHAM,

    Plaintiff,

vs.                                CASE NO. 5:07cv159/RS-MD

DR. RONALD LIPPMAN, et al,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 35) and Plaintiff's Motion Objections to Court Order on November 26, 2007 (Doc. 43). I have reviewed Plaintiff's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated in this Order.

2. This case is dismissed without prejudice because of Plaintiff's failure to comply with an Order o the court, failure to prosecute this action, and for failure to state a claim.

3. The clerk is directed to close the file.

**ORDERED** on December 19, 2007.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**